IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARVIN CHARLES,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **UPS NATIONAL LONG TERM** | : | |
| **DISABILITY PLAN, ET AL.,** | : | |
| Defendants. | : | NO. 12-06223 |

## O R D E R

**AND NOW**, this 19th day of November 2013, upon consideration of defendants' motion to quash and/or request for protective order (Doc. No. 21) and responses thereto, it is hereby **ORDERED** that the defendants' motion is **DENIED**.

The deposition of Danielle Caldwell may proceed in accord with the Notice of Deposition issued on September 13, 2013 (See Doc. No. 22, Ex. A).

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.