**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARVIN CHARLES,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **UPS NATIONAL LONG TERM** | : | **No. 12-06223** |
| **DISABILITY PLAN, ET AL.,** | : | |
| **Defendants.** | : | |

## <u>O R D E R</u>

   **AND NOW**, this 29th day of October, 2015, upon consideration of the defendants'

motion for summary judgment (Doc. No. 33), the plaintiff's motion for summary

judgment (Doc. No. 29), and all responses thereto, it is hereby **ORDERED** that the

defendants' motion is **DENIED** and the plaintiff's motion is **GRANTED on Count I**

**only**, as explained in the accompanying memorandum. Judgment is entered in favor of

the plaintiff on Count I only. The defendant shall reinstate plaintiff's long-term disability

benefits as set forth in the plan.

   The parties shall have **thirty (30) days** from the date this Order is entered to

submit briefing on Count II of the plaintiff's complaint.[1]

                                                          BY THE COURT:


                                                          /s/Lawrence F. Stengel
                                                          LAWRENCE F. STENGEL, J.

---

[1] The plaintiff's attorney may submit a motion for attorney's fees after Count II has been resolved.