IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARVIN CHARLES, :
    Plaintiff, :
: CIVIL ACTION
v. : No. 5:12-cv-6223
:
UPS NATIONAL LONG TERM :
DISABILITY PLAN :
and :
AETNA LIFE INSURANCE COMPANY, :
    Defendants. :

**ORDER**

AND NOW, this 22nd day of May, 2017, upon careful and independent consideration of the Motion for Attorney's fees (doc. 46), Response (doc. 47) and the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. Plaintiff Marvin Charles is awarded $27,055 in attorney's fees and $475.76 in costs; and

3. The Clerk of the Court shall mark this case closed for statistical purposes.

                                              BY THE COURT

                                              */s/ Lawrence F. Stengel*
                                              LAWRENCE F. STENGEL, J.